IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT GREER,

    Plaintiff,

  v.

ALL WHEELS RECOVERY, INC.,

    Defendant.

Case No. 20-cv-130-wmc

## DEFAULT JUDGMENT

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Robert Greer and against Defendant All Wheels Recovery, Inc. in the amount of $43,346.

Plus interest on the judgment at the legal rate until the judgment is satisfied.

Dated this 24th day of July, 2020.

                s/ K. Frederickson, Deputy Clerk
                Peter Oppeneer
                Clerk of Court